IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v().

CASE NO. 4:01cr13-RH/WCS
4:05cv25-RH/WCS

GREGORY EUGENE GARDNER, SR.,

     Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 214) and the objections thereto (document 215). I have reviewed *de novo* the issues raised by the objections. The report and recommendation is correct and will be adopted as the opinion of the court, with this additional note.

Defendant suggests that I should disqualify myself because I presided over two civil actions against him in addition to the instant criminal case and because certain of my rulings and explanations in this case were incorrect and thus allegedly show bias. None of this provides a basis for disqualification. I based all of my rulings in this case on information properly presented on the record in this

case; allegations in the civil actions were taken into account not at all.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 211) is DENIED WITH PREJUDICE."  The clerk shall close the file.

SO ORDERED this 27th day of February, 2007.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge